IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                              Case Nos.  5:05cr45-MW/GRJ-3
                                                                        5:16cv216-MW/GRJ

RODDERICK TRINARD DAVIS,

      **Defendant/Petitioner,**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 450, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 452.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Petitioner's request for § 2255 relief, ECF No. 449, is **DENIED**.  The Clerk is directed to recharacterize Petitioner's motion as a request for relief under 18 U.S.C. 3582.  As such, Petitioner's recharacterized request for relief pursuant to 18 U.S.C.

1

§ 3582 is **DENIED**.  A certificate of appealability is **DENIED**." The Clerk shall close the file.

      **SO ORDERED on August 11, 2016.**

                                      <u>s/Mark E. Walker</u>            ____
                                      **United States District Judge**